UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GLOBAL DRILLING SUPPLIES, INC., OCI
DIVISION,
                Plaintiff,

v.

PASENTI CONCRETE, INC.,
                Defendant.
--------------------------------------------------------------x

**ORDER**

22 cv 8484 (VB)

        On October 5, 2022, plaintiff commenced the instant action against defendant. (Doc. #1).

        On October 6, 2022, the Clerk of Court issued a summons as to defendant. (Doc. #3).

        On November 18, 2022, plaintiff docketed an affidavit of service indicating service on defendant, through its authorized agent, the Office of Secretary of State of the State of New York, on November 1, 2022. (Doc. #6). Accordingly, defendant had until November 22, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

        To date, defendant has neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

        Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by December 16, 2022, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by December 30, 2022. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: December 2, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge