# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL DRILLING SUPPLIERS, INC., OCI DIVISION,<br><br>Plaintiff,<br><br>– *against* –<br><br>PASENTI CONCRETE, INC.,<br><br>Defendant. | Civil Action No. 7:22-cv-08484-VB<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 2/16/2023<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on October 5, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Pasenti Concrete, Inc. by personally serving on November 1, 2022 Sue Zouky, authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of Defendant, and a proof of service having been filed on November 18, 2022, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and a Clerk's Certificate of Default having been entered on December 5, 2022, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Global Drilling Suppliers, Inc., OCI Division have judgment against Defendant and Plaintiff be awarded:

1. Damages (for unpaid invoices) in the amount of $165,016.19;

2. Pre-judgment interest in the amount of $8,992.49 plus $40.69 per day from the date of December 19, 2022 until the date judgment is entered;

3. Post-judgment interest in accordance with 28 U.S.C. Section 1961(a);

4. Costs in the amount of $958.72; and

and that this case be closed.

Dated: White Plains, New York
      2/16/2023

SO ORDERED.

_____
The Honorable Vincent L. Briccetti
United States District Judge

2